Douglas H. Kraft (SBN 155127)
John C. McCaslin (SBN 204983)
KRAFT LAW
11335 Gold Express Drive, Suite 125
Gold River, CA 95670
Telephone: (916) 880-3040
Facsimile: (916) 880-3045

Attorneys for Plaintiff SUMMIT STATE BANK

Brett N. Taylor (SBN 274400)
btaylor@cozen.com
Heather L. Marx (*pro hac vice*)
hmarx@cozen.com
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: (213) 892-7941
Facsimile: (213) 784-9067

Attorneys for Defendant UNITY BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| SUMMIT STATE BANK, a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>UNITY BANK, a Minnesota state-chartered bank; DOES 1-25, inclusive,<br><br>                Defendants. | Case No.:  3:20-cv-04342<br><br>[~~PROPOSED~~] ORDER DISMISSING COMPLAINT WITH PREJUDICE [FRCP 41(a)]<br><br> Complaint Filed: June 29, 2020 |

The parties, by and through their respective counsel, have submitted a stipulation requesting an Order dismissing the Complaint filed in this action with prejudice. Good cause appearing, and pursuant to stipulation, the Court ORDERS:

1

2       1.     The Complaint filed in this action is dismissed with prejudice.

3

4

5   Dated:  December 4, 2020                               

6                                       Honorable Charles R. Breyer

7                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE
- Case No.: 3:20-cv-04342